# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150708

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

CHRISTOPHER JOHN VELTHUYSEN,
  Defendant-Appellant.

SC: 150708
COA: 322276
Wayne CC: 87-012098-FC

_____/

On order of the Court, the application for leave to appeal the October 16, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2016



Clerk

a0229